**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD CUHNA,

    Petitioner,

  v.

HUMBOLDT COUNTY/CDC,

    Respondent.
    _____/

No. C 07-00354 SBA (PR)

**ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL AND DENYING MOTION FOR SUBPOENA**

    Petitioner has requested appointment of counsel in this action.

    The Sixth Amendment right to counsel does not apply in habeas corpus actions. See Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986). Title 18 U.S.C. § 3006A(a)(2)(B), however, authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. The decision to appoint counsel is within the discretion of the district court. See Chaney v. Lewis, 801 F.2d 1191, 1196 (9th Cir. 1986); Knaubert, 791 F.2d at 728; Bashor v. Risley, 730 F.2d 1228, 1234 (9th Cir. 1984). The courts have made appointment of counsel the exception rather than the rule by limiting it to: (1) capital cases; (2) cases that turn on substantial and complex procedural, legal or mixed legal and factual questions; (3) cases involving uneducated or mentally or physically impaired petitioners; (4) cases likely to require the assistance of experts either in framing or in trying the claims; (5) cases in which petitioner is in no position to investigate crucial

1 facts; and (6) factually complex cases.  See generally 1 J. Liebman & R. Hertz, Federal Habeas
2 Corpus Practice and Procedure § 12.3b at 383-86 (2d ed. 1994).  Appointment is mandatory only
3 when the circumstances of a particular case indicate that appointed counsel is necessary to prevent
4 due process violations.  See Chaney, 801 F.2d at 1196; Eskridge v. Rhay, 345 F.2d 778, 782 (9th
5 Cir. 1965).

6     At this early stage of the proceedings the Court is unable to determine whether the
7 appointment of counsel is mandated for Petitioner.  The Court notes that Petitioner has presented his
8 claims adequately in the petition, and no evidentiary hearing appears necessary.  Accordingly, the
9 interests of justice do not require appointment of counsel at this time, and Petitioner's request is
10 DENIED.  This denial is without prejudice to the Court's sua sponte reconsideration should the
11 Court find an evidentiary hearing necessary following consideration of the merits of Petitioner's
12 claims.

13     Petitioner has also filed a motion for a subpoena, in order to obtain his medical records.
14 Petitioner has not shown that a subpoena is necessary at this time, as he should be able to obtain his
15 medical records from prison officials directly through ordinary prison procedures.  To expedite the
16 resolution of this action, and avoid the unnecessary consumption of resources by the Court and
17 prison authorities, prison officials are hereby requested to afford Petitioner reasonable access to his
18 medical records for purposes of viewing and/or copying.  Accordingly, Petitioner's motion for a
19 subpoena is DENIED.

20     This Order terminates Docket no. 3.

21     IT IS SO ORDERED.

23 Dated: 7/31/07

    SAUNDRA BROWN ARMSTRONG
    UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.07\Cunha0354.DenyATTY&SUBPOENA

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JAMES EDWARD CUHNA,

        Plaintiff,

v.

HUMBOLDT COUNTY et al,

        Defendant.
_____/

Case Number: CV07-00354 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Cuhna F46545
CSATF S.P. GYM
P.O. Box 5248
Corcoran, CA 93212

Dated: August 1, 2007

    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.07\Cunha0354.DenyATTY&SUBPOENA